# HARWELL, BROWN & HARWELL, P.C.

**ATTORNEYS AT LAW**

RONALD H. HARWELL
GARY W. BROWN
ELIZABETH F. HARWELL

12 JACKSON STREET
NEWNAN, GEORGIA 30263

TELEPHONE: (770) 251-1567
(770) 251-0800
FAX: (770) 251-0810

FILED
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

MAY 25 2010 PM 03:19

H. REGINA THOMAS
CLERK

BY:_____
DEPUTY CLERK

May 24, 2010

The Honorable Donna Collins
Deputy Clerk, U.S. Bankruptcy Court
P.O. Box 2328
Newnan, GA 30264

      RE:  Chrysanthemum Crawford
           Case No. N06-11254WHD

Dear Donna:

I transmit to you herewith a check drawn on the above-referenced estate in the amount of $8,525.00. This represents an unclaimed exemption by the debtor as follow:

| Amount of Exemption | Address of Debtor |
|---|---|
| $8,525.00 | Chrysanthemum Crawford |
|  | 45 Cameron Circle |
|  | Newnan, GA 30263 |

Thank you very much for your attention to this matter.

                    Sincerely,

                    HARWELL, BROWN & HARWELL, P.C.

                    *Gary W. Brown*
                    Gary W. Brown

GWB/sew
Enc.

```
             U. S. BANKRUPTCY COURT
          NORTHERN DISTRICT OF GEORGIA
              NEWNAN DIVISION

             # 00080790 - DM
               May 25, 2010


Code      Case No      Qty      Amount    By

UC        06-11254      1     $8,525.00   CK
   Judge  - W. H. Drake
   Debtor - C. CRAWFORD


TOTAL:                        $8,525.00


FROM: Gary Brown
      12 Jackson Street
      Newnan, GA   30263
```

Page 1